# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF MICHAEL H. HAMILTON, BAR NO. 7730.

No. 85027



FILED

AUG 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER OF DISBARMENT*

The Southern Nevada Disciplinary Board has filed, under SCR 112, a petition for attorney Michael H. Hamilton's disbarment by consent. The petition is supported by Hamilton's affidavit, stating that he freely and voluntarily consents to disbarment, after having had the opportunity to consult with counsel. Hamilton acknowledges in the affidavit that he has not complied with the orders entered in three prior disciplinary proceedings: *In re Discipline of Hamilton*, No. 81256, 2020 WL 5512516 (Nev. Sept. 11, 2020) (Order Approving Conditional Guilty Plea Agreement) (suspending attorney for four years to run concurrently with suspensions imposed in two other cases); *In re Discipline of Hamilton*, No. 80556, 2020 WL 2319994 (Nev. May 8, 2020) (Order of Suspension) (imposing previously stayed 42-month suspension based on attorney's failure to comply with conditions on stayed portion of the suspension); *In re Discipline of Hamilton*, No. 78101, 2019 WL 2140630 (Nev. May 14, 2019) (Order Approving Conditional Guilty Plea) (suspending attorney for four years with 42 months of the suspension stayed subject to certain conditions). And he admits that he could not successfully defend against a disciplinary complaint based on his failure to comply with the prior disciplinary orders.

SCR 112 provides that an attorney who is the subject of a proceeding involving allegations of misconduct may consent to disbarment by delivering an affidavit to bar counsel, who must file it with this court. Hamilton's affidavit meets the requirements of SCR 112(1), and we conclude that the petition should be granted. Accordingly, Hamilton is disbarred. The provisions of SCR 115 and SCR 121.1 governing notice and publication of orders of disbarment shall apply to this order.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

_____, J.
Pickering

_____, J.
Herndon

cc: Chair, Southern Nevada Disciplinary Board
Bar Counsel, State Bar of Nevada
Law Offices of Michael H. Hamilton
Executive Director, State Bar of Nevada
Admissions Officer, U.S. Supreme Court